IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADELA BRETANA,

    Plaintiff,

v.

SUNRISE SENIOR LIVING SERVICES, INC., et al.,,

    Defendants.

No. C 12-00001 JSW

**ORDER DIRECTING PARTIES TO SUBMIT REVISED PROPOSED SCHEDULING ORDER**

This matter is scheduled for an initial case management conference on Friday, March 9, 2012. The Court has reviewed the parties' proposed scheduling order.

The parties have requested that the deadline to hear dispositive motions be January 17, **2012**, a date that has clearly passed. The parties ask that deadlines for expert designation be set sixty days after the Court rules on a motion for summary judgment, and the parties also ask for a pretrial conference in late March 2013. If the intended deadline for dispositive motions is January 18, 2013,[1] it is possible that the deadline for designating experts would be after the date on which the parties intend the Court to hold a pretrial conference. In addition, the parties have proposed March 28, 2013 as the date for the final pretrial conference. However, the Court conducts pretrial conferences on Mondays at 2:00 p.m.

It also is possible that, based on the parties' current proposals, the parties would not have enough time between a ruling on a dispositive motion the pretrial conference to comply with this Court's requirements for pretrial filings. Before they submit the revised scheduling

---

[1] The Court hears civil motions on Fridays at 9:00 a.m.

Order required by this Order, the parties should familiarize themselves with the Court's Guidelines for Civil Jury Trials.

Accordingly, the parties are HEREBY ORDERED to submit a revised proposed scheduling order by no later than March 6, 2012.

Finally, the parties shall submit a stipulation and proposed order regarding their requested ADR process by that same date.

**IT IS SO ORDERED.**

Dated: March 2, 2012



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2