KATHLEEN A. MCCORMAC
MCCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Telephone: (415) 399-1722
Facsimile: (415) 399-1733

Attorneys for Plaintiff
ADELA BRETANA

THOMAS P. MURPHY (*pro hac vice*)
JEFFREY B. HARDIE (*pro hac vice*)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
Telephone: (703) 714-7400
Facsimile: (703) 714-7410

Attorneys for Defendants
SUNRISE SENIOR LIVING SERVICES, INC.
AND GLORIA HEIMLICH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELA BRETANA,<br><br>    Plaintiff,<br><br>v.<br><br>SUNRISE SENIOR LIVING SERVICES, INC. and GLORIA HEIMLICH,<br><br>    Defendants. | Case No.: CV 12-00001 JSW<br><br>STIPULATION REGARDING DISMISSAL OF DEFENDANT GLORIA HEIMLICH; AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants, through their respective counsel of record, that Defendant Gloria Heimlich shall be dismissed from this action without prejudice.

Date: March 27, 2012    MCCORMAC & ASSOCIATES

By: /s/ KATHLEEN A. MCCORMAC
KATHLEEN A. MCCORMAC
Attorneys for Plaintiff
ADELA BRETANA

Date: March 27, 2012    HUNTON & WILLIAMS LLP

By: /s/ JEFFREY B. HARDIE
JEFFREY B. HARDIE
Attorneys for Defendants
SUNRISE SENIOR LIVING SERVICES,
INC. AND GLORIA HEIMLICH

**ORDER**

IT IS HEREBY ORDERED that Defendant Gloria Heimlich is dismissed from this action without prejudice.

DATED: March 29, 2012

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE