KATHLEEN A. McCORMAC (#159012)
McCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Tel: (415) 399-1722
Fax: (415) 399-1733
kmccormac@mccormaclaw.com

Attorneys for PLAINTIFF
ADELA BRETANA

WILEY PRICE & RADULOVICH, LLP
IAN P. FELLERMAN (#119725)
1301 Marina Village Parkway, Ste. 310
Alameda, CA 94501
Telephone: (510) 337-2810
Facsimile: (510) 337-2811
ifellerman@wprlaw.com

HUNTON & WILLIAMS LLP
THOMAS P. MURPHY (*PRO HAC VICE*)
tpmurphy@hunton.com
1751 Pinnacle Drive, Ste. 1700
McLean, Virginia 22102
Telephone: (703) 714-7400
Facsimile: (703) 714-7401

Attorneys for Defendant
SUNRISE SENIOR LIVING SERVICES, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELA BRETANA,<br><br>PLAINTIFF,<br>vs.<br><br>SUNRISE SENIOR LIVING SERVICES, INC., et al., and DOES 1 to 10, inclusive,<br><br>DEFENDANT(S). | Case No.: C-12-00001 JSW<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL |

-1-
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL



IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice.

Dated: May 31, 2012

MCCORMAC & ASSOCIATES

By: *Kathleen McCormac*
Kathleen A. McCormac
Attorneys for Plaintiff
ADELA BRETANA

Dated: June 13, 2012

WILEY PRICE & RADULOVICH, LLP

By: / S /
Thomas Murphy
Attorneys for Defendant
SUNRISE SENIOR LIVING SERVICES, INC

**IT IS SO ORDERED.**

DATED: June 14, 2012

*Jeffrey S. White*
HON. JUDGE JEFFERY S. WHITE



-2-
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL