| | |
|---|---|
| 1 | KATHLEEN A. McCORMAC (#159012)<br>McCORMAC & ASSOCIATES |
| 2 | 655 Montgomery Street, Suite 1200<br>San Francisco, CA 94111 |
| 3 | Tel: (415) 399-1722<br>Fax: (415) 399-1733 |
| 4 | kmccormac@mccormaclaw.com |
| 5 | Attorneys for PLAINTIFF<br>ADELA BRETANA |
| 6 | |
| 7 | WILEY PRICE & RADULOVICH, LLP<br>IAN P. FELLERMAN (#119725) |
| 8 | 1301 Marina Village Parkway, Ste. 310<br>Alameda, CA 94501 |
| 9 | Telephone: (510) 337-2810 |
| 10 | Facsimile: (510) 337-2811<br>ifellerman@wprlaw.com |
| 11 | |
| 12 | HUNTON & WILLIAMS LLP<br>THOMAS P. MURPHY (*PRO HAC VICE*) |
| 13 | tpmurphy@hunton.com<br>1751 Pinnacle Drive, Ste. 1700 |
| 14 | McLean, Virginia 22102<br>Telephone: (703) 714-7400 |
| 15 | Facsimile: (703) 714-7401 |
| 16 | Attorneys for Defendant |
| 17 | SUNRISE SENIOR LIVING SERVICES, INC. |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| ADELA BRETANA, | Case No.: C-12-00001 JSW |
|---|---|
| PLAINTIFF,<br>vs.<br>SUNRISE SENIOR LIVING SERVICES, INC.,<br>et al., and DOES 1 to 10, inclusive,<br>DEFENDANT(S). | STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL |



-1-

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice.

Dated: May 31, 2012

MCCORMAC & ASSOCIATES

By: *Kathleen McCormac*
Kathleen A. McCormac
Attorneys for Plaintiff
ADELA BRETANA

Dated: June 13, 2012

WILEY PRICE & RADULOVICH, LLP

By: /s/
Thomas Murphy
Attorneys for Defendant
SUNRISE SENIOR LIVING SERVICES, INC

**IT IS SO ORDERED.**

DATED: June 14, 2012

*Jeffrey S. White*
HON. JUDGE JEFFERY S. WHITE



-2-
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL